# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | |
| Deborah Ann McBroom ) | Case No. 14-22331-DLS |
| ) | |
| Debtor. ) | |

## DEBTOR'S MOTION TO RETAIN FUNDS

COMES NOW the Debtor, by and through her attorney, Sarah A. Sypher of Sypher Law Group, LLC, and moves the Court for permission to retain funds received from Nationstar Mortgage and for additional attorney fees. In support of said motion, the following is stated:

1. On 9/30/2014, Debtors filed a Chapter 13 bankruptcy, which confirmed 11/24/2014.
2. Prior to filing Debtor negotiated a loan modification with Nationstar Mortgage.
3. On September 28, 2015 Debtor's Counsel received a check in the amount of $4,023.01 paid to the order of the Debtor. Nationstar identified these funds as funds side aside for any harm caused in the delay of processing a loan modification with the debtor.
4. Debtor requests that she be permitted to retain the $4,023.01 and apply the funds toward the principal balance on her loan with Nationstar.

WHEREFORE, Debtor prays that this Court issue an order granting the Debtor the right to retain the funds, and grant such other and further relief as the Court deems just and equitable.

Dated November 2, 2015.

Respectfully submitted,

/s/ Sarah A. Sypher
Sarah A. Sypher- KS Bar #21993
Jeremiah Jones- KS Bar #21163
Sypher Law Group, LLC
10955 Lowell Ave., Ste. 630
Overland Park, KS  66210
(913) 451-8833
(913) 451-8843 (Fax)
Attorney for Debtor

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: )<br>Deborah Ann McBroom )<br>)<br>Debtor. ) | Case No. 14-22331-DLS |

### NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY
### HEARING ON DEBTOR'S MOTION TO RETAIN FUNDS

NOTICE IS HEREBY GIVEN that if you fail to file a written objection to the above motion with the Clerk of the U.S. Bankruptcy Court at Kansas City, Kansas, on or before **November 23, 2015**, the Court will enter an order prepared and submitted by movant within ten (10) days of the objection deadline and no hearing will be held.

If you file a timely objection, a nonevidentiary hearing will be held before the U.S. Bankruptcy Court, Room 144, 500 State Avenue, Kansas City, Kansas 66101, on **December 18, 2015**, at **10:30 a.m.**, or as soon thereafter as the court's schedule permits. If you file the objection, you must appear at the hearing unless you have submitted an agreed order in advance signed by all parties or their counsel.

/s/ Sarah A. Sypher
Sarah A. Sypher- KS Bar #21993
Jeremiah Jones- KS Bar #21163
Sypher Law Group, LLC
10955 Lowell Ave., Ste. 630
Overland Park, KS 66210
(913) 451-8833
(913) 451-8843 (Fax)
Attorney for Debtor

### CERTIFICATE OF MAILING

The undersigned does hereby certify that a true and correct copy of the foregoing was filed electronically on this Monday, November 02, 2015 with the United States Bankruptcy Court for the District of Kansas, and shall be served on the parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic Filing as issued by the Court and shall be served by U.S. Mail, First Class, postage prepaid, on those parties directed by the Court on the Notice of Electronic Filing issued by the Court as required by the Federal Rules of Bankruptcy Procedure and the Local rules of the United States Bankruptcy Court for the District of Kansas.

/s/ Sarah A. Sypher
**Attorney for Debtor**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1083-2<br>Case 14-22331<br>District of Kansas<br>Kansas City<br>Mon Nov  2 14:09:58 CST 2015 | Nationstar Mortgage LLC<br>c/o Martin, Leigh, Laws & Fritzlen, P.C.<br>1044 Main Street, Ste. 900<br>Kansas City, MO 64105-2126 | PRA Receivables Management, LLC<br>PO Box 41067<br>Norfolk, VA 23541-1067 |
| Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, Fl 33131-1605 | Kansas City Divisional Office<br>161 Robert J. Dole US Courthouse<br>500 State Avenue<br>Kansas City, KS 66101-2448 | AT&T Mobility II LLC<br>% AT&T Services, Inc<br>Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 |
| CBA Collection Bureau<br>PO Box 5013<br>Hayward CA 94540-5013 | Central States Recovery, Inc.<br>PO Box 3130<br>Hutchinson KS 67504-3130 | Chase<br>PO Box 15298<br>Wilmington DE 19850-5298 |
| Citizens National Bank<br>PO Box 228<br>Lansing KS 66043-0228 | Credit Systems International<br>PO Box 1088<br>Arlington TX 76004-1088 | Cushing Memorial Hospital<br>711 Marshall Street<br>Leavenworth KS 66048-3235 |
| Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH   430543025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Ford Motor Credit<br>PO Box 152271<br>Irving TX 75015-2271 |
| (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | KANSAS GAS SERVICE<br>PO BOX 3535<br>TOPEKA, KS 66601-3535 |
| Kansas Department Of Revenue<br>Civil Tax Enforcement<br>PO Box 12005<br>Topeka KS 66601-3005 | Martin, Leigh, Laws & Fritzlen<br>900 Peck's Plaza<br>1044 Main Street<br>Kansas City MO 64105-2126 | Midwest Diversified, Inc.<br>807 E. 23rd St., Ste. K<br>Lawrence KS 66046-4952 |
| (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Nebraska Furniture Mart<br>PO Box 3000<br>Omaha NE 68103-3030 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | Saint Luke's Cushing Hospital<br>PO Box 530254<br>Atlanta GA 30353-0254 | Shawnee Mission Physicians Gro<br>PO Box 931288<br>Kansas City MO 64193-1288 |
| U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 | US Attorney's Office For Kansa<br>Robert J. Dole U.S. Courthouse<br>500 State Avenue<br>Kansas City KS 66101-2448 | Deborah Ann McBroom<br>1212 S. Esplanade<br>Leavenworth, KS 66048-3523 |

| | |
|---|---|
| Sarah A. Sypher<br>Sypher Law Group, LLC<br>10955 Lowell Avenue<br>Suite 630<br>Overland Park, KS 66210-2319 | William H Griffin<br>5115 Roe Blvd Ste 200<br>Roeland Park, KS 66205-2393 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Discover Financial Services<br>PO Box 30943<br>Salt Lake City UT 84130 | Ford Motor Credit Company LLC<br>P. O. Box 62180<br>Colorado Springs, CO 80962 | Nationstar Mortgage<br>PO Box 619096<br>Dallas TX 75261-9741 |
| (d)Nationstar Mortgage LLC<br>Attention: Bankruptcy Department<br>PO Box 630267<br>Irving, Texas 75063 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | SPRINGLEAF FINANCIAL SERVICES<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731-3251 |
| (d)Springleaf Financial Services<br>3413 S Noland Rd Ste A<br>Independence MO 64055 | (d)Springleaf Financial Services, Inc<br>PO Box 3251<br>Evansville IN 47731-3251 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Cushing Memorial Hospital | (d)Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | End of Label Matrix<br>Mailable recipients   31<br>Bypassed recipients    2<br>Total                 33 |